UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KINER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. YANG,<br><br>　　　　　Defendant. | Case No. 2:19-cv-02178 WBS JDP (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ADR<br><br>ECF No. 23 |

　　　Plaintiff moves to have this case referred for alternative dispute resolution ("ADR"). ECF No. 23. However, defendant has not consented to ADR at this time. The parties should reconsider whether ADR is appropriate after defendant's motion for summary judgment for failure to exhaust administrative remedies is resolved. *See* ECF No. 24 (indicating that such a motion will be filed by the dispositive motion deadline).

　　　Accordingly,

　　　1.　The court construes this filing, ECF No. 23, as a motion.

　　　2.　Plaintiff's motion, ECF No. 23, is denied without prejudice.

Dated: November 9, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1